AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| Robinson Camacho Banguera, Elmer Missel Garcia Ramirez, Gustavo Rodolfo Arteaga Cedeno, and Pedro Delacruz Rodriguez Quintero, | ) Case No. 17-5021-SNOW ) ) ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **May 12, 2017** in the county of **Monroe** in the **Southern** District of **Florida**, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 46, United States Code, Section 70506(b) | Conspiracy to possess with the intent to distribute a controlled substance, while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. § 70503; all in violation of 46 U.S.C. § 70506(b). Pursuant to 46 U.S.C. § 70506(a), and 21 U.S.C. § 960(b)(1)(G), it is further alleged that this violation involved 5 kilograms or more of a mixture and a substance containing a detectable amount of cocaine. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

*Complainant's signature*

Nicholas S. Schnelle, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 6/3/17

*Judge's signature*

City and state: Key West, Florida

Lurana S. Snow, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Nicholas S. Schnelle, being first duly sworn, do depose and state:

1. I am employed as a Special Agent with the Federal Bureau of Investigation (FBI), United States Department of Justice, and have been so employed since 2016. As such, I am an investigative or law enforcement officer within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Titles 18, 21 and 46 of the United States Code. As a special agent with the FBI, I am currently assigned to the Key West Resident Agency of the FBI Miami Division and have worked numerous types of investigations throughout my career with the FBI.

2. This Affidavit is submitted for the limited purposes of establishing probable cause in support of a Criminal Complaint against Robinson Camacho BANGUERA, Elmer Misael Garcia RAMIREZ, Gustavo Rodolfo Arteaga CEDENO, and Pedro Delacruz Rodriguez QUINTERO, for knowing and willfully conspiring to possess with intent to distribute cocaine while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Sections 70503(a)(1); all in violation of 46 U.S.C. § 70506(b). The facts contained in this Affidavit are based on my personal knowledge, as well as information obtained from other law enforcement personnel, and other witnesses. This Affidavit does not contain every fact known to law enforcement, but only those required for finding a probable cause.

3. On May 12, 2017, while on routine patrol in the International waters of the Eastern Pacific, a Joint Interagency Task Force South (JIATF-S) Marine Patrol Aircraft (MPA) detected a Target of Interest (TOI), Go Fast Vessel (GFV), approximately 560 nautical miles south of the Mexico/Guatemala border, traveling at approximately 7 knots. The United States

Coast Guard Cutter (USCGC) Waesche was in the area, and launched their over the horizon (OTH1) to intercept. The USCGC Waesche requested and was granted a statement of no objection for a right of visit boarding of the TOI through District 11. USCGC Waesche launched a second OTH (OTH2) and the TOI began to jettison packages. OTH2 was vectored to retrieve the jettisoned packages, and OTH1 gained positive control of the TOI without using force and initiated a right of visit boarding. The boarding yielded four persons on board (one Colombian, one Guatemalan, and two Ecuadorians), a registration number, a painted on flag, and a person in charge of the vessel claiming Colombian nationality for himself and the vessel. District 11 enacted the United States and Colombian bilateral agreement and conducted forms exchange. Colombian could neither confirm nor deny nationality for the vessel. District 11 authorized to treat the vessel as without nationality and initiate a full law enforcement boarding. OTH2 recovered 29 bales from the jettison field, total weight of 760 kilograms, containing substances that subsequently field-tested presumptive positive for cocaine. District 11 authorized the boarding team to treat the four crew members on board the TOI as detainees. Due to no navigation lights or suitable tow points, District 11 authorized the USCGC Waesche to sink the vessel as a hazard to navigation. The four crew members and bales were transferred to the USCGC Waesche.

4. The four persons on board the vessel were subsequently identified as Robinson Camacho BANGUERA, Elmer Misael Garcia RAMIREZ, Gustavo Rodolfo Arteaga CEDENO, and Pedro Delacruz Rodriguez QUINTERO. All four persons first entered the United States at a point in the Southern District of Florida.

5. Based on the foregoing facts, I submit that probable cause exists to believe that Robinson Camacho BANGUERA, Elmer Misael Garcia RAMIREZ, Gustavo Rodolfo Arteaga

CEDENO, and Pedro Delacruz Rodriguez QUINTERO, while on board a vessel subject to the jurisdiction of the United States, did knowingly and intentionally conspire to possess with intent to distribute cocaine, in violation of Title 46, United States Code, Sections 70503(a)(1); all in violation of 46 U.S.C. § 70506(b).

FURTHER AFFIANT SAYETH NAUGHT.

Special Agent Nicholas S. Schnelle
Federal Bureau of Investigation

Sworn to and subscribed before me
this 3 day of June, 2017.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-5021-SNOW

UNITED STATES OF AMERICA

vs.

ROBINSON CAMACHO BANGUERA,
ELMER MISAEL GARCIA RAMIREZ,
GUSTAVO RODOLFO ARTEAGA CEDENO, and
PEDRO DELACRUZ RODRIGUEZ QUINTERO,

　　　　Defendants.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  _____ Yes  __x__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  _____ Yes  __x__ No

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　BENJAMIN G. GREENBERG
　　　　　　　　　　　　　　　　ACTING UNITED STATES ATTORNEY

　　　　　　　　　　　　BY: _____
　　　　　　　　　　　　　　　　J. MACKENZIE DUANE
　　　　　　　　　　　　　　　　ASSISTANT U.S. ATTORNEY
　　　　　　　　　　　　　　　　Court No. A5502175
　　　　　　　　　　　　　　　　99 N.E. 4th Street
　　　　　　　　　　　　　　　　Miami, Florida 33132-2111
　　　　　　　　　　　　　　　　TEL (305) 961-9341